# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Christel, David W. | Western District of Washington | 07/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Parttime Magistrate Judge (2014) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

1717 Pacific Avenue
Tacoma, WA 98402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | David W. Christel Attorney at Law, PC |
| 2. | Trustee | David W. Christel Attorney at Law 401 K Plan |
| 3. | Trustee | ▮▮▮▮▮▮ Trust |
| 4. | Manager/Member | Amen Corner Management, LLC |
| 5. | Manager/Member | Blue Tee Management, LLC |
| 6. | Manager/Member | Double Cut Management, LLC |
| 7. | Manager/Member | Double Eagle Management, LLC |
| 8. | Manager/Member | First Cut Management, LLC |
| 9. | Manager/Member | Front Nine Management, LLC |
| 10. | Member | Garrow Trident, LLC |
| 11. | Manager/Member | Kick Point, LLC |
| 12. | Manager/Member | North Side Group, LLC |
| 13. | Manager/Member | Pelican Bay Management, LLC |
| 14. | Member | Rocklin Northwest, LLC |
| 15. | Member | Silver Lake RV Park, LLC |
| 16. | Attorney in Fact | ▮▮▮▮▮▮ |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

17. Partner                                        Christel & Isley, LLP

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | David W. Christel Attorney at Law, PC (Salary) | $90,000.00 |
| 2. 2014 | David W. Christel Attorney at Law, PC (Business Income) | $170,521.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Battle Ground School District, Salary |
| 2. 2014 | Alaska Airlines Inc., Miscellaneous Income |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Umpqua Bank (formerly Bank of the Cascades) | Mortgage on Commercial Rental (5% of property), Sunnybrook, OR (Pt VII, Line 368 and line 375) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3 M COMPANY (Y) | | | | | | | | | |
| 2. ABBVIE INC | A | Dividend | J | T | Buy | 05/09/14 | J | | |
| 3. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 4. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 5. | | | | | Sold (part) | 12/11/14 | J | B | |
| 6. ACCENTURE PLC IRELAND CL A (Y) | | | | | | | | | |
| 7. ACE LTD | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 8. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 9. AETNA INC | A | Dividend | K | T | Buy (add'l) | 05/08/14 | J | | |
| 10. ALLERGAN INC (Y) | | | | | | | | | |
| 11. ALLIANZ NFJ INTL VALUE P (Y) | | | | | | | | | |
| 12. ALLSTATE CORP (Y) | | | | | | | | | |
| 13. AMAZON COM INC | | None | | | Buy (add'l) | 07/01/14 | J | | |
| 14. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 15. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 16. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 17. | | | | | Sold | 10/20/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN ELECTRIC POWER CO (Y) | | | | | | | | | |
| 19. AMERICAN AIRLINES GROUP INC | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 20. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 21. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 22. | | | | | Sold (part) | 12/03/14 | J | A | |
| 23. AMERICAN EXPRESS CO | A | Dividend | K | T | Buy (add'l) | 08/08/14 | J | | |
| 24. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 25. AMERICAN GW FD OF AMERICA F2 (Y) | | | | | | | | | |
| 26. AMGEN INC | A | Dividend | K | T | Buy | 08/08/14 | J | | |
| 27. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 28. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 29. ANADARKO PETE (Y) | | | | | | | | | |
| 30. APPLE INC | A | Dividend | K | T | Sold (part) | 01/28/14 | J | | |
| 31. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 32. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 33. AT&T INC (Y) | | | | | | | | | |
| 34. BANK OF AMERICA CORP | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 36. BLACKROCK EQUITY DIVIDEND I (Y) | | | | | | | | | |
| 37. BLACKROCK HI YIELD BD PTF INST | C | Dividend | K | T | Buy (add'l) | 03/20/14 | J | | |
| 38. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 39. | | | | | Sold (part) | 12/10/14 | K | B | |
| 40. BLACKROCK INC | A | Dividend | K | T | Buy | 01/16/14 | J | | |
| 41. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 42. BLACKSTONE GROUP LP | A | Int./Div. | J | T | | | | | |
| 43. BOEING CO (Y) | | | | | | | | | |
| 44. BRISTOL MYERS SQUIBB CO | A | Dividend | | | Buy (add'l) | 03/12/14 | J | | |
| 45. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 46. | | | | | Sold (part) | 11/13/14 | J | A | |
| 47. | | | | | Sold | 12/03/14 | J | A | |
| 48. CALL AMERICAN EXPRESS CO EXPIRES 07/20/13 (Y) | | | | | | | | | |
| 49. CALL BOEING CO EXPIRES 06/22/13 (Y) | | | | | | | | | |
| 50. CALL CBS CORP NEW CL B SHARES EXPIRES 03/16/13 (Y) | | | | | | | | | |
| 51. CALL CBS CORP NEW CL B SHARES EXPIRES 06/22/13 (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CALL GENERAL ELECTRIC CO EXPIRES 06/22/13 (Y) | | | | | | | | | |
| 53. CALL GENERAL DYNAMIC'S CORP EXPIRES 02/16/13 (Y) | | | | | | | | | |
| 54. CALL JP MORGAN CHASE & CO EXPIRES 04/20/13 (Y) | | | | | | | | | |
| 55. CALL JP MORGAN CHASE & CO EXPIRES 06/22/13 (Y) | | | | | | | | | |
| 56. CALL MONDELEZ INTL INC COM EXPIRES 07/20/13 (Y) | | | | | | | | | |
| 57. CALL MONSANTO CO NEW EXPIRES 04/20/13 (Y) | | | | | | | | | |
| 58. CALL PROCTER & GAMBLE EXPRIES 02/16/13 (Y) | | | | | | | | | |
| 59. CALL UNITED TECHNOLOGIES EXPIRES 05/18/13 (Y) | | | | | | | | | |
| 60. CALL WELLS FARGO & CO NEW EXPIRES 05/18/13 (Y) | | | | | | | | | |
| 61. CALL WILLIAMS CO EXPIRES 06/22/13 (Y) | | | | | | | | | |
| 62. CAPITAL ONE FINANCIAL CORP | A | Dividend | | | Sold | 02/06/14 | J | B | |
| 63. CATERPILLAR INC (Y) | | | | | | | | | |
| 64. CBS CORP NEW CL B SHARES | A | Dividend | J | T | Buy (add'l) | 03/12/14 | J | | |
| 65. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 66. CDN PACIFIC RY LTD NEW | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 67. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 68. CELGENE CORP | | None | | | Sold | 03/20/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CENTRIAS ELECTICAS CO ADR (Y) | | | | | | | | | |
| 70. CF INDUSTRIES HOLDINGS, INC | A | Dividend | K | T | Buy (add'l) | 08/21/14 | J | | |
| 71. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 72. CHEVRON (Y) | | | | | | | | | |
| 73. CISCO SYS INC (Y) | | | | | | | | | |
| 74. COACH INC (Y) | | | | | | | | | |
| 75. COCA COLA CO (Y) | | | | | | | | | |
| 76. COLGATE PALMOLIVE CO (Y) | | | | | | | | | |
| 77. COSTCO WHOLESALE CORP NEW | A | Dividend | J | T | | | | | |
| 78. COVIDIEN PLC NEW | A | Dividend | | | Sold | 07/17/14 | K | D | |
| 79. CROWN CASTLE INTL (Y) | | | | | | | | | |
| 80. CVS CAREMARK CORP | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 81. DANAHER CORPORATION | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 82. DELAWARE TX-FR USA INTERMED A (Y) | | | | | | | | | |
| 83. DELPHI AUTOMOTIVE PLC | A | Dividend | K | T | Buy | 09/10/14 | J | | |
| 84. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 85. DELTA AIRLINES INC NEW | A | Dividend | K | T | Buy | 03/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 87. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 88. | | | | | Sold (part) | 12/31/14 | J | A | |
| 89. DIRECTV COM | | None | | | Buy | 01/15/14 | J | | |
| 90. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 91. | | | | | Sold | 05/19/14 | J | B | |
| 92. DISCOVER FINANCIAL SERVICES | A | Dividend | K | T | Buy | 02/06/14 | J | | |
| 93. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 94. DREYFUS INTL BOND I | A | Dividend | | | Buy (add'l) | 04/17/14 | J | | |
| 95. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 96. | | | | | Sold | 12/03/14 | K | | |
| 97. DUKE ENERGY CORP NEW (Y) | | | | | | | | | |
| 98. DWS MANAGED MUNI BOND A DIV (Y) | | | | | | | | | |
| 99. EBAY (Y) | | | | | | | | | |
| 100. EMC CORP MASS (Y) | | | | | | | | | |
| 101. EMERSON ELECTRIC CO (Y) | | | | | | | | | |
| 102. ENERGY TRANSFER PARTNERS L P | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ENTERPRISE PROD PARTNERS L.P. | A | Interest | J | T | | | | | |
| 104. EOG RESOURCES INC | A | Dividend | J | T | Buy | 03/04/14 | J | | |
| 105. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 106. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 107. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 108. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 109. EXELON CORP (Y) | | | | | | | | | |
| 110. FACEBOOK INC CL-A | | None | K | T | | | | | |
| 111. FEDEX CORP (Y) | | | | | | | | | |
| 112. FIDELITY ADV SH-INT MUNI INC I (Y) | | | | | | | | | |
| 113. FIDELITY ADV TOTAL BOND I | A | Dividend | L | T | Buy | 12/04/14 | K | | |
| 114. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 115. FIRST EAGLE GOLD I (Y) | | | | | | | | | |
| 116. FIRST TRUST HEALTH CARE ALPHA ETF | | None | M | T | Buy (add'l) | 03/12/14 | J | | |
| 117. | | | | | Sold (part) | 03/20/14 | J | D | |
| 118. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 119. | | | | | Buy (add'l) | 09/17/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FIRST TRUST DJ INTERNET INDEX | | None | | | Sold (part) | 04/03/14 | K | C | |
| 121. | | | | | Sold (part) | 05/08/14 | J | B | |
| 122. | | | | | Sold | 07/16/14 | K | D | |
| 123. FIRST TRUST ENERGY ALPHADEX ETF | A | Dividend | J | T | Buy | 07/22/14 | J | | |
| 124. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 125. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 126. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 127. FIRST TRUST EUROPE | B | Dividend | | | Buy (add'l) | 01/28/14 | K | | |
| 128. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 129. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 130. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 131. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 132. | | | | | Sold | 07/22/14 | L | B | |
| 133. FIRST TRUST INDS/PRODS ETF | A | Dividend | | | Sold | 09/23/14 | K | B | |
| 134. FIRST TRUST LARGE CAP GROWTH | A | Dividend | | | Buy | 02/11/14 | L | | |
| 135. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 136. | | | | | Buy (add'l) | 03/20/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 10/14/14 | L | A | |
| 138.  FIRST TRUST LARGE CAP VALUE AL | A | Dividend | | | Buy | 04/30/14 | L | | |
| 139. | | | | | Sold | 11/13/14 | L | B | |
| 140.  FIRST TRUST SMALL CAP VALUE | A | Dividend | | | Sold | 04/30/14 | K | C | |
| 141.  FIRST TRUST TECH ALPHA ETF | A | Dividend | K | T | Buy | 01/22/14 | K | | |
| 142. | | | | | Buy (add'l) | 03/20/14 | K | | |
| 143. | | | | | Sold (part) | 05/14/14 | K | | |
| 144.  FORD MOTOR CO NEW (Y) | | | | | | | | | |
| 145.  FRANKLIN HI YIELD TX FR ADV (Y) | | | | | | | | | |
| 146.  GENERAL ELECTRIC CO | A | Dividend | | | Sold | 01/08/14 | J | C | |
| 147.  GENERAL DYNAMICS CORP | A | Dividend | | | Sold | 03/11/14 | J | C | |
| 148.  GILEAD SCIENCE | | None | | | Donated | | | | |
| 149.  GOLDMAN SACH GRP INC (Y) | | | | | | | | | |
| 150.  GOLDMAN SACHS GRW OPPORT 1 (Y) | | | | | | | | | |
| 151.  GOLDMAN SACHS STRATEGIC INC I | B | Dividend | K | T | Buy (add'l) | 03/20/14 | J | | |
| 152.  GOOGLE INC-CL C (X) | | None | J | T | | | | | |
| 153.  GOOGLE INC-CL A | | None | J | T | Buy (add'l) | 03/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/14/14 | J | | |
| 155. GUGG RUSSELL TOP 50 MEG CP ETF (Y) | | | | | | | | | |
| 156. GUGGENHEIM RUSSELL TOP 50 ETF (Y) | | | | | | | | | |
| 157. GUGGENHEIM S&P 500 EQU WEIGHT | B | Dividend | M | T | Buy (add'l) | 11/21/14 | J | | |
| 158. | | | | | Buy (add'l) | 12/03/14 | K | | |
| 159. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 160. GUGGENHEIM SPIN OFF ETF | | None | | | Sold | 07/28/14 | K | B | |
| 161. H J HEINZ (Y) | | | | | | | | | |
| 162. HANCOCK HORIZON BURKENROAD A (Y) | | | | | | | | | |
| 163. HERSHEY (Y) | | | | | | | | | |
| 164. HEWLETT PACKARD | | None | J | T | Buy | 09/10/14 | J | | |
| 165. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 166. HOME DEPOT INC (Y) | | | | | | | | | |
| 167. HONEYWELL INTERNATIONAL INC | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 168. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 169. INDUSTRIAL SEL SEC SPDR FUND (Y) | | | | | | | | | |
| 170. INTEL CORP (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. INVESCO CONVERT SECURITIES Y (Y) | | | | | | | | | |
| 172. INVESCO EQUITY AND INCOME A (Y) | | | | | | | | | |
| 173. INVESCO GLOBAL CORE EQUITY A (Y) | | | | | | | | | |
| 174. INVESCO HIGH YIELD MUNI A (Y) | | | | | | | | | |
| 175. INVESCO INTL SMALL COMPANY (Y) | | | | | | | | | |
| 176. INVESCO MUNI INCOME Y (Y) | | | | | | | | | |
| 177. INVESCO VK HIGH YIELD MUNI A (Y) | | | | | | | | | |
| 178. INVESCO VK MUNI INCOME (Y) | | | | | | | | | |
| 179. IRONWOOD INSTITUTE MS LLC | D | Dividend | M | T | Buy (add'l) | 12/26/14 | J | | |
| 180. ISHARES 20+ YR TREASURY BOND ETF | A | Dividend | K | T | Buy | 08/08/14 | K | | |
| 181. | | | | | Sold (part) | 10/15/14 | J | A | |
| 182. ISHARES 7-10 YR TREASURY BOND ETF | A | Dividend | K | T | Buy (add'l) | 12/10/14 | K | | |
| 183. ISHARES BARCLAYS 20+YR TSY BOND (Y) | | | | | | | | | |
| 184. ISHARES DOW JONES US CONSUMER | | None | | | Sold (part) | 01/22/14 | K | | |
| 185. | | | | | Sold | 02/11/14 | K | D | |
| 186. ISHARES IBOXX $ H/Y CORP BOND (Y) | | | | | | | | | |
| 187. ISHARES RUSSELL 1000 GR INDEX (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  ISHARES S&P 100 ETF | B | Dividend | M | T | Buy | 07/22/14 | L | | |
| 189. | | | | | Buy (add'l) | 07/28/14 | K | | |
| 190. | | | | | Buy (add'l) | 09/23/14 | K | | |
| 191. | | | | | Buy (add'l) | 11/13/14 | K | | |
| 192. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 193.  ISHARES S&P MIDCAP 400 INDEX | A | Dividend | | | Sold (part) | 04/22/14 | K | | |
| 194. | | | | | Sold | 04/30/14 | K | C | |
| 195.  ISHARES SP SMALLCAP 600 INDEX | A | Dividend | L | T | Buy | 10/20/14 | K | | |
| 196. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 197. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 198. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 199.  JP MORGAN MIDCAP VALUE S (Y) | | | | | | | | | |
| 200.  JPMORGAN CHASE & CO | A | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 201. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 202.  LIBERTY BROADBAND CORP S-A (X) | A | Dividend | | | Sold | 11/10/14 | J | | |
| 203.  LIBERTY MEDIA CORP SER A | | None | J | T | Buy | 07/18/14 | J | | |
| 204. | | | | | Buy (add'l) | 07/22/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 206. LIBERTY MEDIA CORP SER C (X) | | None | J | T | | | | | |
| 207. LYONDELLBASELL NV CL-A | A | Distribution | J | T | Buy (add'l) | 10/20/14 | J | | |
| 208. MACY'S INC | | None | K | T | Buy (add'l) | 03/20/14 | J | | |
| 209. MAINSTAY LARGE CAP GRW A (Y) | | | | | | | | | |
| 210. MAINSTAY LARGE CAP GRW I (Y) | | | | | | | | | |
| 211. MALLINCKRODT PUBLIC LTD CO (Y) | | | | | | | | | |
| 212. MCDONALDS CORP (Y) | | | | | | | | | |
| 213. MCKESSON CORP | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 214. MEAD JOHNSON NUTRITION COMPANY (Y) | | | | | | | | | |
| 215. MEDTRONIC INC | A | Dividend | J | T | Buy | 06/18/14 | J | | |
| 216. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 217. METLIFE INCORPORATED | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 218. MICHAEL KORS HOLDINGS LTD | | None | | | Buy | 05/14/14 | J | | |
| 219. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 220. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 221. | | | | | Sold | 09/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. MICROSOFT CORP (Y) | | | | | | | | | |
| 223. MITSUBISHI UFJ FINCL GRP ADS (Y) | | | | | | | | | |
| 224. MONDELEZ INTL INC COM (Y) | | | | | | | | | |
| 225. MONSANTO CO/NEW | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 226. | | | | | Buy (add'l) | 05/23/14 | J | | |
| 227. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 228. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 229. MS 8.15% CNTG COUPON NOTE LINKED TO S&p 500 RATE | B | Interest | K | T | | | | | |
| 230. MORGAN STANLEY ACTIVE ASSETS TAX FR TRUST | A | Dividend | J | T | | | | | |
| 231. MORGAN STANLEY BANK ACCOUNT #1 | A | Interest | J | T | | | | | |
| 232. MORGAN STANLEY BANK ACCOUNT NUMBER #2 | A | Interest | K | T | | | | | |
| 233. MORGAN STANLEY BANK ACCOUNT #3 | A | Interest | J | T | | | | | |
| 234. MORGAN STANLEY BANK ACCOUNT #4 | A | Interest | J | T | | | | | |
| 235. MORGAN STANLEY BANK ACCOUNT #5 | A | Interest | J | T | | | | | |
| 236. MORGAN STANLEY BANK ACCOUNT #7 | C | Interest | L | T | | | | | |
| 237. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | J | T | | | | | |
| 238. MS FOCUS GROWTH FUND A (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. MS INTERNATIONAL VALUE EQ A (Y) | | | | | | | | | |
| 240. MS US GOVERNMENT SEC TR B (Y) | | | | | | | | | |
| 241. MSIF INTL EQUITY H (Y) | | | | | | | | | |
| 242. MSIF SMALL CO GROWTH PTF H (Y) | | | | | | | | | |
| 243. MSIF US REAL ESTATE PTF H (Y) | | | | | | | | | |
| 244. MYLAN | | None | | | Sold (part) | 03/20/14 | J | A | |
| 245. | | | | | Sold | 05/09/14 | J | A | |
| 246. NEUBERGER BERMAN LG SH INST | | None | | | Sold | 12/03/14 | K | B | |
| 247. NOBLE ENERGY | A | Dividend | J | T | Buy (add'l) | 03/12/14 | J | | |
| 248. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 249. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 250. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 251. NUCOR (Y) | | | | | | | | | |
| 252. NUVEEN REAL ESTATE SEC FUND 1 (Y) | | | | | | | | | |
| 253. OCCIDENTAL PETROLEUM (Y) | | | | | | | | | |
| 254. ORACLE (Y) | | | | | | | | | |
| 255. PEPSICO (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. PFIZER (Y) | | | | | | | | | |
| 257. PHILIP MORRIS (Y) | | | | | | | | | |
| 258. PHILLIPS 66 | A | Dividend | | | Sold (part) | 06/25/14 | J | B | |
| 259. | | | | | Sold | 06/30/14 | J | B | |
| 260. PIMCO ALL ASSET ALL AUTH P | B | Dividend | | | Buy (add'l) | 03/20/14 | J | | |
| 261. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 262. | | | | | Sold | 12/10/14 | K | | |
| 263. POWERSHARES QQQ TR | B | Dividend | M | T | Buy (add'l) | 06/05/14 | K | | |
| 264. | | | | | Buy (add'l) | 06/27/14 | K | | |
| 265. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 266. | | | | | Buy (add'l) | 07/16/14 | K | | |
| 267. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 268. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 269. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 270. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 271. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 272. PRAXAIR | | None | | | Sold | 02/06/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. PROCTER & GAMBLE (Y) | | | | | | | | | |
| 274. PROSHARES CREDIT SUISSE (Y) | | | | | | | | | |
| 275. PROSHARES LARGE CAP CORE PLUS | B | Dividend | M | T | Buy (add'l) | 04/22/14 | K | | |
| 276. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 277. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 278. PRUDENTIAL SHORT TERM CORP BD Z (Y) | | | | | | | | | |
| 279. QUALCOMM | A | Dividend | | | Sold (part) | 06/18/14 | J | B | |
| 280. | | | | | Sold (part) | 06/23/14 | J | A | |
| 281. | | | | | Sold | 08/05/14 | J | A | |
| 282. RAYTHEON | A | Dividend | J | T | Buy | 09/10/14 | J | | |
| 283. RENAISSANCE RE HOLDINGS | | None | | | Sold | 03/04/14 | J | B | |
| 284. RYDEX RUSSELL TOP 50 ETF (Y) | | | | | | | | | |
| 285. SANDISK (Y) | | | | | | | | | |
| 286. SBA COMMUNICATIONS | | None | K | T | | | | | |
| 287. SCORPIO TANKERS | A | Dividend | | | Sold | 11/26/14 | J | | |
| 288. SCHLUMBERGER (Y) | | | | | | | | | |
| 289. SEMPRA ENERGY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. SKYBRIDGE MUL-ADVISOR SER G ADV | C | Dividend | M | T | Buy (add'l) | 01/30/14 | J | | |
| 291. SPDR GOLD TR GOLD SHS (Y) | | | | | | | | | |
| 292. SPDR S&P REGIONAL BANKING ETF | | None | | | Sold | 01/16/14 | K | B | |
| 293. TARGET (Y) | | | | | | | | | |
| 294. TCW GALILEO EMERG MARKETS INC I | B | Dividend | K | T | | | | | |
| 295. TCW GALILEO TOTAL RETURN BOND I | A | Dividend | K | T | Buy (add'l) | 12/04/14 | J | | |
| 296. TEMPLETON GLOBAL BOND FUND ADV | B | Dividend | K | T | Buy (add'l) | 03/20/14 | J | | |
| 297. TEMPLETON GLOBAL BOND FUND C | A | Dividend | J | T | | | | | |
| 298. TEREX CP NEW DEL | A | Dividend | | | Buy | 01/08/14 | J | | |
| 299. | | | | | Buy (add'l) | 01/14/14 | J | | |
| 300. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 301. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 302. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 303. | | | | | Sold | 09/10/14 | J | | |
| 304. THE FINANCIAL SEL SECT SPDR FUND (Y) | | | | | | | | | |
| 305. THE TECHNOLOGY SEL SECT SPDR FD (Y) | | | | | | | | | |
| 306. THORNBURG DEVELOPING WORLD I (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. THORNBURG INTL VALUE I (Y) | | | | | | | | | |
| 308. TIME WARNER INC NEW | A | Dividend | | | Sold | 01/15/14 | J | | |
| 309. TOUCHSTONE MERGER ARBITRAGE Y | B | Dividend | J | T | Sold (part) | 01/28/14 | K | | |
| 310. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 311. | | | | | Sold (part) | 04/17/14 | K | | |
| 312. | | | | | Sold (part) | 06/05/14 | K | | |
| 313. | | | | | Sold (part) | 08/05/14 | K | | |
| 314. | | | | | Sold (part) | 11/12/14 | J | | |
| 315. TWENTY-FIRST CENTURY FOX CL A | A | Dividend | | | Buy (add'l) | 03/12/14 | J | | |
| 316. | | | | | Sold | 03/20/14 | J | | |
| 317. TWITTER INC (Y) | | | | | | | | | |
| 318. UMPQUA HOLDINGS CORP (Y) | | | | | | | | | |
| 319. UNITED PARCEL SERVICE INC CL B (Y) | | | | | | | | | |
| 320. UNITED TECHNOLOGIES CORP | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 321. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 322. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 323. UNION PACIFIC CORP | A | Dividend | J | T | Buy (add'l) | 08/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Donated (part) | | | | |
| 325. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 326. UNITED HEALTH GP INC | A | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 327. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 328. | | | | | Sold (part) | 12/31/14 | J | B | |
| 329. V F CORPORATION (Y) | | | | | | | | | |
| 330. VALEANT PHARMACEUTIC INTL INC | | None | | | Buy | 01/08/14 | J | | |
| 331. | | | | | Buy (add'l) | 01/14/14 | J | | |
| 332. | | | | | Sold | 08/07/14 | J | | |
| 333. VALERO ENERGY CP DELA NEW | A | Dividend | J | T | Buy | 01/14/14 | J | | |
| 334. | | | | | Sold | 06/10/14 | J | A | |
| 335. | | | | | Buy | 10/20/14 | J | | |
| 336. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 337. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 338. VERIZON COMMUNICATIONS (Y) | | | | | | | | | |
| 339. VIRTUS INSIGHT EMERG MARKETS I (Y) | | | | | | | | | |
| 340. VISA INC CL A | A | Dividend | K | T | Buy (add'l) | 09/17/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Donated (part) | | | | |
| 342. | | | | | Buy (add'l) | 12/09/14 | K | | |
| 343. WAL MART STORES INC (Y) | | | | | | | | | |
| 344. VMWARE INC CLASS A | | None | | | Buy | 03/04/14 | J | | |
| 345. | | | | | Sold | 06/12/14 | J | | |
| 346. WALT DISNEY CO HOLDING CO (Y) | | | | | | | | | |
| 347. WASHINGTON FEDERAL INC | A | Dividend | J | T | | | | | |
| 348. WELLS FARGO & CO NEW (Y) | | | | | | | | | |
| 349. WILLIAMS CO INC | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 350. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 351. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 352. WILLIAMS SONOMA | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 353. WISDOMTREE EQUITY INCOME FUND (Y) | | | | | | | | | |
| 354. WISDOMTREE TRUST JAPAN HEDGE EQ | A | Dividend | | | Sold (part) | 02/11/14 | K | A | |
| 355. | | | | | Sold (part) | 03/04/14 | J | A | |
| 356. | | | | | Sold (part) | 03/11/14 | J | A | |
| 357. | | | | | Sold (part) | 03/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 05/08/14 | K | | |
| 359. | | | | | Sold | 08/07/14 | K | | |
| 360. YUM BRANDS INC (Y) | | | | | | | | | |
| 361. AMEN CORNER MANAGEMENT, LLC (X) | C | Interest | L | T | | | | | |
| 362. COLUMBIA COMMUNITY CREDIT UNION ACCOUNTS | A | Interest | M | T | | | | | |
| 363. OVERTON LOAN | A | Interest | L | T | | | | | |
| 364. PACIFIC CONTINENTAL BANK | A | Interest | K | T | | | | | |
| 365. SILVER LAKE RV PARK MANAGEMENT, LLC (X) | B | Interest | K | T | | | | | |
| 366. RENTAL PROPERTY, VANCOUVER, WA (AMEN CORNER MGMT, LLC) | C | Rent | L | W | | | | | |
| 367. RENTAL PROPERTY, VANCOUVER, WA (BLUE TEE MGMT, LLC) | A | Rent | J | W | | | | | |
| 368. RENTAL PROPERTY, SUNNYBROOK, OR (DOUBLE CUT MGMT, LLC) | D | Rent | N | W | | | | | |
| 369. RENTAL PROPERTY VANCOUVER, WA (DOUBLE EAGLE MGMT, LLC) | D | Rent | M | W | | | | | |
| 370. RENTAL PROPERTY, VANCOUVER, WA (FIRST CUT MGMT, LLC) | C | Rent | L | W | | | | | |
| 371. RENTAL PROPERTY, VANCOUVER, WA (FRONT NINE MGMT, LLC) | C | Rent | J | W | | | | | |
| 372. RENTAL PROPERTY, VANCOUVER, WA (GARROW TRIDENT, LLC) | E | Rent | M | W | | | | | |
| 373. RENTAL PROPERTY, BROOKLYN, NEW YORK (KICK POINT, LLC) | C | Rent | M | W | | | | | |
| 374. RENTAL PROPERTY, VANCOUVER, WA (NORTH SIDE, LLC) | A | Rent | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. RENTAL PROPERTY, CLACKAMAS, OR (PELICAN BAY MGMT, LLC) | C | Rent | M | W | | | | | |
| 376. RENTAL PROPERTY, ROCKLIN, CA (ROCKLIN NW, LLC) | B | Rent | L | W | | | | | |
| 377. RENTAL PROPERTY, VANCOUVER, WA (SILVER LAKE RV, LLC) | B | Rent | M | W | Sold (part) | 04/01/14 | L | D | |
| 378. PETERSON TRUST - BLACKROCK HI YIELD BOND PTF INST | C | Dividend | K | T | Buy (add'l) | 10/21/14 | J | | |
| 379. | | | | | Sold (part) | 12/10/14 | K | B | |
| 380. PETERSON TRUST - COCA COLA CO | D | Dividend | N | T | | | | | |
| 381. PETERSON TRUST - DREYFUS INTL BOND I | A | Dividend | | | Buy (add'l) | 04/17/14 | J | | |
| 382. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 383. | | | | | Sold (part) | 12/03/14 | K | | |
| 384. | | | | | Sold (part) | 12/10/14 | J | | |
| 385. | | | | | Sold | 12/16/14 | J | | |
| 386. PETERSON TRUST - EXXON MOBIL CORP | D | Dividend | M | T | Sold (part) | 01/16/14 | K | E | |
| 387. PETERSON TRUST - FIDEL ADV FLOATING RT HI INCOME I | A | Dividend | K | T | Sold (part) | 07/31/14 | J | | |
| 388. | | | | | Buy (add'l) | 12/04/14 | K | | |
| 389. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 390. PETERSON TRUST - FIRST TRUST DJ INTERNET IDX | | None | | | Sold (part) | 04/03/14 | K | D | |
| 391. | | | | | Sold (part) | 05/08/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Sold | 07/16/14 | K | C | |
| 393. PETERSON TRUST - FIRST TRUST EUROPE | A | Dividend | | | Buy (add'l) | 01/28/14 | K | | |
| 394. | | | | | Sold | 07/22/14 | L | B | |
| 395. PETERSON TRUST - FIRST TRUST HEALTH CARE ALPHA ETF | | None | L | T | Sold (part) | 03/20/14 | K | D | |
| 396. PETERSON TRUST - FIRST TRUST INDS/PRODS ETF | A | Dividend | | | Sold | 09/23/14 | K | B | |
| 397. PETERSON TRUST - FIRST TRUST LARGE CAP GROWTH | A | Dividend | | | Buy | 02/11/14 | K | | |
| 398. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 399. | | | | | Sold | 10/14/14 | L | A | |
| 400. PETERSON TRUST - FIRST TRUST LARGE CAP VALUE | A | Dividend | | | Buy | 04/30/14 | K | | |
| 401. | | | | | Sold | 11/13/14 | K | B | |
| 402. PETERSON TRUST - FIRST TRUST SMALL CAP VALE | A | Dividend | | | Sold | 04/30/14 | K | C | |
| 403. PETERSON TRUST - FIRST TRUST TECH ALPHA ETF | A | Dividend | K | T | Buy | 01/22/14 | K | | |
| 404. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 405. PETERSON TRUST - GENERAL ELECTRIC CO | C | Dividend | L | T | | | | | |
| 406. PETERSON TRUST - GOLDMAN SACHS STRATEGIC INC I (X) | B | Dividend | K | T | Sold (part) | 08/27/14 | J | A | |
| 407. PETERSON TRUST - GUGGENHEIM RUSSELL TOP 50 MEG CAP ETF (Y) | | | | | | | | | |
| 408. PETERSON TRUST - GUGGENHEIM S&P 500 EQUAL WEIGHT | C | Dividend | M | T | Buy (add'l) | 12/03/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 410. PETERSON TRUST - GUGGENHEIM SPIN OFF ETF | | None | | | Sold | 07/28/14 | K | B | |
| 411. PETERSON TRUST - INDUSTRIAL SEL SEC SPDR FD (Y) | | | | | | | | | |
| 412. PETERSON TRUST - CONVERT SECURITIES Y (Y) | | | | | | | | | |
| 413. PETERSON TRUST - INVESCO INTL SMALL COMPANY Y (Y) | | | | | | | | | |
| 414. ISHARES 20+ YR TREASURY BOND ETF | A | Dividend | K | T | Buy | 05/28/14 | J | | |
| 415. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 416. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 417. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 418. | | | | | Buy (add'l) | 08/08/14 | K | | |
| 419. | | | | | Sold (part) | 09/16/14 | J | | |
| 420. | | | | | Sold (part) | 10/15/14 | J | A | |
| 421. PETERSON TRUST - ISHARES 7-10 YR TREASURY BOND ETF | A | Dividend | K | T | Buy | 12/10/14 | K | | |
| 422. PETERSON TRUST - ISHARES BARCLAYS TIPS BOND FUND (Y) | | | | | | | | | |
| 423. PETERSON TRUST - ISHARES BARCLAYS 20+ YEAR TREASURY BOND (Y) | | | | | | | | | |
| 424. PETERSON TRUST - ISHARES CORE US AGGREGATE | A | Dividend | J | T | Buy | 08/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 425. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 426. PETERSON TRUST - ISHARES DOW JONES US CONSUMER | | None | | | Sold (part) | 01/22/14 | K | D | |
| 427. | | | | | Sold | 02/11/14 | K | C | |
| 428. PETERSON TRUST - ISHARES IBOXX INVEST GR CORE BOND | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 429. PETERSON TRUST - ISHARES RUSSELL 1000 GR INDEX (Y) | | | | | | | | | |
| 430. PETERSON TRUST ISHARES S&P 100 ETF | B | Dividend | M | T | Buy | 07/22/14 | L | | |
| 431. | | | | | Buy (add'l) | 07/28/14 | K | | |
| 432. | | | | | Buy (add'l) | 09/23/14 | K | | |
| 433. | | | | | Buy (add'l) | 11/13/14 | K | | |
| 434. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 435. PETERSON TRUST - ISHARES S&P MIDCAP 400 INDEX | A | Dividend | | | Sold (part) | 04/22/14 | K | D | |
| 436. | | | | | Sold | 04/30/14 | K | C | |
| 437. PETERSON TRUST - ISHARES SP SMALLCAP 600 INDEX | A | Dividend | L | T | Buy | 10/20/14 | K | | |
| 438. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 439. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 440. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 441. PETERSON TRUST - JOHN HANCOCK GLB ABS RET STR 1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 36

**Name of Person Reporting**

Christel, David W.

**Date of Report**

07/23/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 442. PETERSON TRUST - JOHNSON & JOHNSON | D | Dividend | N | T | | | | | |
| 443. PETERSON TRUST - MAINSTAY MARKET FIELD I | | None | | | Sold (part) | 08/07/14 | J | | |
| 444. | | | | | Sold | 10/01/14 | J | | |
| 445. PETERSON TRUST - MERCK & CO (Y) | | | | | | | | | |
| 446. PETERSON TRUST - METROPOLITAN WEST TOTAL RETURN BOND I | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 447. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 448. PETERSON TRUST - MORGAN STANLEY BANK ACCOUNT #1 (X) | A | Interest | K | T | | | | | |
| 449. PETERSON TRUST - MORGAN STANLEY BANK ACCOUNT #2 (X) | A | Interest | K | T | | | | | |
| 450. PETERSON TRUST - MORGAN STANLEY BANK #3 (X) | A | Interest | J | T | | | | | |
| 451. PETERSON TRUST - NEUBERGER BERMAN LG SH INST | A | Dividend | | | Sold (part) | 12/03/14 | K | B | |
| 452. | | | | | Sold | 12/10/14 | J | A | |
| 453. PETERSON TRUST - PIMCO ALL ASSET ALL AUTHORITY P | C | Dividend | K | T | Sold (part) | 12/10/14 | K | | |
| 454. PETERSON TRUST PIMCO INCOME P | A | Dividend | J | T | Buy | 06/27/14 | J | | |
| 455. PETERSON TRUST - PIMCO LOW DURATION P | A | Dividend | | | Sold | 06/27/14 | J | | |
| 456. PETERSON TRUST - PIMCO TOTAL RETURN P | A | Dividend | J | T | | | | | |
| 457. PETERSON TRUST - POWERSHARES QQQ TR | A | Dividend | L | T | Buy | 06/05/14 | K | | |
| 458. | | | | | Buy (add'l) | 06/27/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 459. | | | | | Buy (add'l) | 07/16/14 | K | | |
| 460. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 461. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 462. PETERSON TRUST - POWERSHARES S&P 500 BUY WRITE (Y) | | | | | | | | | |
| 463. PETERSON TRUST - PROCTER & GAMBLE | C | Dividend | M | T | | | | | |
| 464. PETERSON TRUST - PROSHARES LARGE CAP CORE PLUS | B | Dividend | M | T | Buy (add'l) | 04/22/14 | J | | |
| 465. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 466. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 467. PETERSON TRUST - PROSHARES SHORT 20+ TREASURY (Y) | | | | | | | | | |
| 468. PETERSON TRUST - PRUDENTIAL SHT TRM CORP BOND Z | A | Dividend | J | T | | | | | |
| 469. PETERSON TRUST - SENTINEL GOVERNMENT SEC A (Y) | | | | | | | | | |
| 470. PETERSON TRUST - SKYBRIDGE MUL-ADSVR SER G ADV | C | Dividend | M | T | Buy (add'l) | 01/30/14 | J | | |
| 471. PETERSON TRUST - SPDR GOLD TR GOLD SHS (Y) | | | | | | | | | |
| 472. PETERSON TRUST - TCW EMERGING MARKET INC I | B | Dividend | K | T | | | | | |
| 473. PETERSON TRUST - TCW GALILEO EMERG MARKETS INC I (Y) | | | | | | | | | |
| 474. PETERSON TRUST - TCW TOTAL RETURN BOND I | A | Dividend | K | T | Buy (add'l) | 12/04/14 | J | | |
| 475. PETERSON TRUST - TEMPLETON GLOBAL BOND FUND ADV | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. PETERSON TRUST - THE FINANCIAL SEL SECT SPDR FD (Y) | | | | | | | | | |
| 477. PETERSON TRUST - THE TECHNOLOGY SEL SPIDER FUND (Y) | | | | | | | | | |
| 478. PETERSON TRUST - THORNBURG DEVELOPING WORLD I | None | | | | Sold | 01/28/14 | K | A | |
| 479. PETERSON TRUST - TOUCHSTONE MERGER ARBITRAGE Y | None | J | | T | Sold (part) | 04/17/14 | K | | |
| 480. | | | | | Sold (part) | 05/22/14 | J | | |
| 481. | | | | | Sold (part) | 05/28/14 | J | | |
| 482. | | | | | Sold (part) | 06/05/14 | K | | |
| 483. | | | | | Sold (part) | 07/01/14 | J | | |
| 484. | | | | | Sold (part) | 08/05/14 | K | | |
| 485. | | | | | Sold (part) | 11/12/14 | J | | |
| 486. PETERSON TRUST - VIRTUS INSIGHT EMERG MARKETS I (Y) | | | | | | | | | |
| 487. PETERSON TRUST - VANGUARD WELLESLEY INC INV | A | Dividend | J | T | Buy | 08/01/14 | J | | |
| 488. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 489. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 490. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 491. PETERSON TRUST - WELLS FARGO ADV ABSOLUTE RETURN ADM | A | Dividend | J | T | Buy | 05/22/14 | J | | |
| 492. PETERSON TRUST - WELLS FARGO SH TM HI YIELD BOND AD | A | Dividend | | | Sold | 08/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 36

Name of Person Reporting

Christel, David W.

Date of Report

07/23/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493.  PETERSON TRUST - WISDOMTREE EQUITY INCOME FUND (Y) | | | | | | | | | |
| 494.  PETERSON TRUST - WISDOMTREE TRUST JAPAN HEDGE EQ | A | Dividend | | | Sold (part) | 02/11/14 | J | A | |
| 495. | | | | | Sold (part) | 03/11/14 | J | A | |
| 496. | | | | | Sold (part) | 05/08/14 | K | | |
| 497. | | | | | Sold | 08/07/14 | K | | |
| 498. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 07/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 378 through 497 - These assets are held as Trustee ████████████ Trust dated June 6, 1989. The Trustee position is identified under Part I, line 3.

2) Part VII, line 373, the rental property is now located in Brooklyn, New York v. Vancouver, WA, due to a tax free IRC 1031 exchange.

# FINANCIAL DISCLOSURE REPORT

Page 36 of 36

Name of Person Reporting

Christel, David W.

Date of Report

07/23/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **David W. Christel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544